HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN ALLIANCE BANK, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE BUTORAC, individually and as trustee of THE BUTORAC LIVING TRUST, dated November 15, 2004; NORTH VALLEY PROPERTIES LLC, a Nevada limited liability company; YOUNG ELECTRIC SIGN COMPANY, a Utah corporation; DOES I through X; ROES I through X,<br><br>Defendants. | Case No. 3:16-cv-00637-HDM-VPC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Plaintiff, Western Alliance Bank, by and through its attorneys of the law firm of Holland & Hart LLP, and Defendants, George Butorac, individually and as trustee of The Butorac Living Trust dated November 15, 2004, North Valley Properties LLC, a Nevada limited liability company, and Young Electric Sign Company, a Utah corporation, by and through their attorneys of the law firm of Parr Brown Gee & Loveless, P.C., pursuant to FRCP 41(a)(1)(A)(ii) and LR II 7-1, do hereby state, stipulate and agree to dismiss with prejudice this action, and all parties named herein. Dismissal pursuant to FRCP 41(a)(1)(A)(ii) is appropriate in that this

///

Stipulation and Order For Dismissal With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) is signed by all parties who have appeared in this action.

DATED June 20, 2017.

/s/ Joseph Went
Joseph Went, Esq.
Sydnee Gambee, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff,
Western Alliance Bank*

DATED June 20, 2017.

/s/ Justin P. Matkin
Justin P. Matkin, Esq.
Laura G. Kennedy
Parr Brown Gee & Loveless, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111

*Attorneys for Defendants*

IT IS SO ORDERED

Dated this 17th day of July, 2017

_____
UNITED STATES DISTRICT COURT JUDGE